| Case Number | Court | Name | Judge | Date Filed | Date of Case Termination | Date of Strike Order | Notes |
|---|---|---|---|---|---|---|---|
| 23cv4696 | NDIL | Hoskins v. Dart | Jorge L. Alonso | 7/19/2023 | 8/3/2023 | None | Voluntary dismissal. |
| 23cv4664 | NDIL | Hoskins v. Grote | Jorge L. Alonso | 7/19/2023 | 8/3/2023 | None | Voluntary dismissal. |
| 23cv50270 | NDIL | Hoskins v. Giuszek | Iain Johnston | 7/18/2023 | 8/4/2023 | None | Voluntary dismissal. |
| 23cv4636 | NDIL | Hoskins v. Eihaj | Jorge L. Alonso | 7/18/2023 | 8/3/2023 | None | Voluntary dismissal. |
| 23cv4629 | NDIL | Hoskins v. Giuszek | Jorge L. Alonso | 7/18/2023 | 7/19/2023 | None | Transferred to NDIL Western Division, 23cv50270 |
| 23cv4312 | NDIL | Hoskins v. Dart | Jorge L. Alonso | 6/29/2023 | 7/10/2023 | 7/10/2023 | Strike imposed |
| 23cv4111 | NDIL | Hoskins v. Eihaj | Jorge L. Alonso | 6/26/2023 | 7/11/2023 | None | Voluntary dismissal. |
| 23cv3974 | NDIL | Hoskins v. Grote | Jorge L. Alonso | 6/22/2023 | 6/23/2023 | 6/23/2023 | Strike imposed |
| 23cv3074 | NDIL | Hoskins v. Pittman | Matthew F. Kennelly | 5/16/2023 | 6/30/2023 | 6/30/2023 | Strike imposed |
| 23cv3080 | NDIL | Hoskins v. Allen | Jorge L. Alonso | 5/16/2023 | 6/23/2023 | 6/23/2023 | Strike imposed |
| 23cv3077 | NDIL | Hoskins v. Doherty | Edmond E. Chang | 5/16/2023 | 6/22/2023 | 6/22/2023 | Strike imposed |
| 23cv3098 | NDIL | Hoskins v. Anderson | Jorge L. Alonso | 5/15/2023 | 6/29/2023 | 6/29/2023 | Strike imposed |
| 23cv3076 | NDIL | Hoskins v. Dart | Jorge L. Alonso | 5/15/2023 | 6/23/2023 | 6/23/2023 | Strike imposed |
| 23cv3079 | NDIL | Hoskins v. Dart | Jorge L. Alonso | 5/15/2023 | 6/23/2023 | 6/23/2023 | Strike imposed |
| 20cv1068 | SDIL | Hoskins v. Rodman | Reona J. Daly | 10/9/2020 | 9/16/2022 | None | Summary Judgment for Ds, Failure to Exhaust |
| 20cv776 | SDIL | Hoskins v. Lueker | Gilbert C. Sison | 8/10/2020 | 8/1/2022 | None | Summary Judgment for Ds, Failure to Exhaust |
| 20cv766 | SDIL | Hoskins v. Rueter | Nancy J. Roseenstengel | 8/6/2020 | 9/23/2021 | None | Summary Judgment for Ds, Failure to Exhaust |
| 20cv575 | SDIL | Hoskins v. Hess | Gilbert C. Sison | 6/16/2020 | 3/24/2023 | None | Summary Judgment for Ds, Merits |
| 20cv560 | SDIL | Hoskins v. Lieutenant Sh | Reona J. Daly | 6/12/2020 | 3/7/2022 | None | Summary Judgment for Ds, Failure to Exhaust |
| 20cv549 | SDIL | Hoskins v. Rueter | David W. Dugan | 6/9/2020 | 6/30/2021 | None | Summary Judgment for Ds, Failure to Exhaust |
| 19cv1303 | SDIL | Hoskins v. Johnson | Gilbert C. Sison | 11/26/2019 | 12/10/2020 | None | Summary Judgment for Ds, Failure to Exhaust |
| 18mc01003 | CDIL | In re Hoskins | James E. Shadid | 2/26/2018 | Pending | None | Hoskins is still restricted. |
| 18cv1034 | CDIL | Hoskins v. Henderson | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1041 | CDIL | Hoskins v. Thorson | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1035 | CDIL | Hoskins v. Pfister | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1038 | CDIL | Hoskins v. Jackson | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1039 | CDIL | Hoskins v. Jackson | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1036 | CDIL | Hoskins v. Jackson | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1037 | CDIL | Hoskins v. Attig | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1040 | CDIL | Hoskins v. Attig | James E. Shadid | 1/26/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1026 | CDIL | Hoskins v. Wilson | James E. Shadid | 1/25/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1027 | CDIL | Hoskins v. Prentice | James E. Shadid | 1/25/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv1028 | CDIL | Hoskins v. Collier | James E. Shadid | 1/25/2018 | 2/27/2018 | None | Dismissed as sanction for fraud on court and barred from future filings. |
| 18cv00006 | SDIL | Hoskins v. Unknown Par | Michael J. Reagan | 1/2/2018 | 1/31/2018 | None | Transferred to NDIL 18cv744 |
| 18cv00005 | SDIL | Hoskins v. Unknown Par | David R. Herndon | 1/2/2018 | 1/11/2018 | None | Transferred to NDIL 18cv221 |
| 17cv1122 | SDIL | Hoskins v. Eovaldi | Reona J. Daly | 10/19/2017 | 3/16/2021 | None | Settled |
| 17cv1121 | SDIL | Hoskins v. Spiller | Michael J. Reagan | 10/19/2017 | 1/25/2019 | None | Dismissed for failure to pay filing fee after revoked IFP |
| 16cv1232 | SDIL | Hoskins v. Spiller | Michael J. Reagan | 11/8/2016 | 9/10/2018 | None | Summary Judgment for Ds, Failure to Exhaust |
| 16cv1409 | CDIL | Hoskins v. Spiller | Colin S. Bruce | 10/24/2016 | 11/7/2016 | None | Transferred to SDIL |
| 16cv334 | SDIL | Hoskins v. Dilday | Michael J. Reagan | 3/28/2016 | 3/12/2019 | None | Dismissed as sanction for fraud on court. |
| 16cv335 | SDIL | Hoskins v. Dilday | Michael J. Reagan | 3/28/2016 | 3/12/2019 | None | Dismissed as sanction for fraud on court. |
| 15cv1249 | CDIL | Hoskins v. Tilden | Sue E. Myerscough | 6/16/2015 | 8/1/2017 | None | Summary Judgment for Ds, Failure to Exhaust |
| 15cv1248 | CDIL | Hoskins v. Prentice | James E. Shadid | 6/16/2015 | 7/27/2017 | None | Summary Judgment for Ds, Failure to Exhaust |
| 15cv1202 | CDIL | Hoskins v. Attig | Colin S. Bruce | 5/19/2015 | None | None | Jury trial, for Ds |
| 15cv1181 | CDIL | Hoskins v. Pfister | Jonathan E. Hawley | 5/5/2015 | None | None | Jury trial, $1 nominal |
| 15cv1182 | CDIL | Hoskins v. McCormick | Michael M. Mihm | 5/5/2015 | None | None | Summary Judgment for Ds |
| 15cv1134 | CDIL | Hoskins v. Creech | Sue E. Myerscough | 4/1/2015 | 7/24/2018 | None | Dismissed as sanction for fraud on court. |
| 12cv4256 | NDIL | Hoskins v. Dart | Blanche M. Manning | 5/31/2012 | 8/9/2012 | None | Dismissed as sanction for fraud on court |
| 10cv704 | NDIL | Hoskins v. Dart | Blanche M. Manning | 2/2/2010 | 2/26/2010 | None | Dismissed as sanction for fraud on court |
| 10cv705 | NDIL | Hoskins v. Dart | Blanche M. Manning | 2/2/2010 | 2/26/2010 | None | Dismissed as sanction for fraud on court |
| 10cv706 | NDIL | Hoskins v. Dart | Blanche M. Manning | 2/2/2010 | 2/17/2010 | None | Dismissed as sanction for fraud on court |
| 10cv702 | NDIL | Hoskins v. Dart | Blanche M. Manning | 2/1/2010 | 3/5/2010 | None | Dismissed as sanction for fraud on court |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10cv676 | NDIL | Hoskins v. Dart | Blanche M. Manning | 2/1/2010 | 2/26/2010 | None | Dismissed as sanction for fraud on court |
| 10cv677 | NDIL | Hoskins v. Dart | Blanche M. Manning | 2/1/2010 | 2/26/2010 | None | Dismissed as sanction for fraud on court |
| 10cv703 | NDIL | Hoskins v. Dart | Blanche M. Manning | 2/1/2010 | 2/26/2010 | None | Dismissed as sanction for fraud on court |
| 09cv5730 | NDIL | Hoskins v. Dart | Blanche M. Manning | 11/2/2009 | 6/13/2011 | None | Settled |
| 09cv5915 | NDIL | Hoskins v. Dart | Blanche M. Manning | 9/18/2009 | 7/10/2012 | None | Settled |
| 09cv5145 | NDIL | Hoskins v. Dart | Blanche M. Manning | 9/18/2009 | 6/13/2011 | None | Settled |